**3**

TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 13-13069-A-7 |
| | Chapter 7 |
| DAVID HERRERA, JR. and BEATRIZ HERRERA, | TMT-2 |
| | Date: February 26, 2014 |
| | Time: 9:00 a.m. |
| Debtors. | Dept: A, Courtroom 11, Fresno |
| | Honorable Fredrick E. Clement |

**MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of DAVID HERRERA, JR. and BEATRIZ HERRERA ("Debtors"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1.  Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2.  Debtor filed under Chapter 7 of the Bankruptcy Code on April 30, 2013, and an order for relief was entered.

3.  This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

1

Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate are a 1995 Nissan Hardbody pickup (does not run), VIN 1N6HD16S7SC363321 valued at $600.00 and 2007 Honda Accord, VIN JHMCM56847C002059, valued at $8,000.00 ("Personal Property"). These items are free and clear of any liens and encumbrances. Debtor has claimed an exemption on the 2007 Honda Accord in the amount of $2,900.00.

5. Trustee has received and accepted an offer, subject to higher and better bid at the hearing, from the Debtors to purchase the bankruptcy estate's interest in the Personal Property for a net to the bankruptcy estate of $4,850.00.

6. Trustee believes that this is a fair and equitable price for the Personal Property. Trustee believes the combined value of all of the personal property is $8,600.00. If the Trustee were able to auction the Personal Property at that value, after paying 15% commission of $1,290.00, and approximately $300.00 for costs to haul, repair and store the personal property (the Nissan does not run) and pay the debtors' exemption of $2,900.00, approximately $4,110.00 would be generated to the bankruptcy estate.

7. The price to be received at auction is never certain and the delay involved in auctioning these assets is not warranted.

8. Based on her business judgment, Trustee believes that an immediate sale of the Personal Property to the debtors is in the best interest of the creditors of this estate and all parties in interest.

9. There will be no adverse tax consequences to the estate as a result of the sale.

10. This sale is subject to higher and better bid at the

hearing noted above.

11. Any prospective bidder must bring certified funds to the hearing in the amount of the sale price listed on the accompanying Notice of Hearing for the particular item they want to bid on. The certified check must be made out to Trudi G. Manfredo, Chapter 7 Trustee, and is non-refundable if that bidder is the successful bidder and fails to perform. Bids will be in $100.00 increments. Prospective bidders must also bring documentary evidence of the ability to pay the amount of their bid.

12. Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

WHEREFORE, Trustee prays

1. That the Motion be granted;

2. That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the following personal property back to the Debtor: the 1995 Nissan Hardbody pickup (does not run), VIN 1N6HD16S7SC363321, for $600.00, and the 2007 Honda Accord, VIN JHMCM56847C002059, for $7,150.00 (less an exemption of $2,900.00), for a net of $4,250.00;

3. That the provisions of Bankruptcy Rule 6004(h) be waived; and

4. For such other and further relief as the Court deems just and proper.

DATED: 1-14-14

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee